IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JESSE LEE HAMMOND                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:05cv398-HTW-JCS

MARK SHEPHERD, et al.                                                            DEFENDANTS

## ORDER

This cause is before the court on Plaintiff's inquiry as to the status of service of process. The court has determined that although process has issued, the U.S. Marshal has not received the summons for any Defendant. Accordingly, the clerk is directed to reissue a summons for each of Defendants and to forward same to the U.S. Marshal for service of process.

SO ORDERED this the 29th day of June, 2005.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE